| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RODERICK GENE REED, §
  §
    Petitioner, §
  §
*versus* §   CIVIL ACTION NO. 1:20-CV-89
  §
M.K. LEWIS, §
  §
    Respondent. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Roderick Gene Reed, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

The respondent has filed a motion to dismiss or, in the alternative, motion for summary judgment. Construing the motion as a motion fo summary judgment, the magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The motion for summary judgment is **GRANTED**. A final judgment shall be entered denying the petition.

SIGNED at Beaumont, Texas, this 3rd day of February, 2021.

                              MARCIA A. CRONE
                              UNITED STATES DISTRICT JUDGE